**EXHIBIT A**





















# EXHIBIT B

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

## PA 1-652-233

**Effective date of registration:**

November 25, 2009

## Title

**Title of Work:** Senses Television Commercial Advertisement for DOVE Chocolate

## Completion/ Publication

**Year of Completion:** 2008

**Date of 1st Publication:** March 24, 2008     **Nation of 1st Publication:** United States

## Author

- **Author:** Mars, Incorporated

   **Author Created:** entire motion picture

   **Work made for hire:** Yes

   **Citizen of:** United States

## Copyright claimant

**Copyright Claimant:** Mars, Incorporated

6886 Elm Street, McLean, VA, 22101, United States

## Rights and Permissions

**Organization Name:** Arent Fox LLP

**Name:** Sarah Marks

**Email:** marks.sarah@arentfox.com     **Telephone:** 212-492-3307

**Address:** 1675 Broadway

New York City, NY 10019 United States

## Certification

**Name:** Sarah Ilyse Marks

**Date:** November 18, 2009

**Registration #:** PA0001652233

**Service Request #:** 1-281572951

Arent Fox LLP
Sarah Marks
1675 Broadway
New York, NY 10019

**EXHIBIT C**

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

## PA 1-652-234

**Effective date of
registration:**

November 25, 2009

---

## Title

**Title of Work:** Senses with PB Tag Television Commercial Advertisement for DOVE Chocolate

## Completion/ Publication

**Year of Completion:** 2009

**Date of 1st Publication:** June 15, 2009          **Nation of 1st Publication:** United States

## Author

**■          Author:** Mars, Incorporated

**Author Created:** entire motion picture

**Work made for hire:** Yes

**Citizen of:** United States

## Copyright claimant

**Copyright Claimant:** Mars, Incorporated

6886 Elm Street, McLean, VA, 22101, United States

## Limitation of copyright claim

**Material excluded from this claim:** Some footage from a previous Dove commercial.

**New material included in claim:** All other cinematographic material.

## Rights and Permissions

**Name:** Sarah Marks

**Email:** marks.sarah@arentfox.com          **Telephone:** 212-492-3307

**Address:** 1675 Broadway

New York City, NY 10019 United States

## Certification

**Name:** Sarah I. Marks

**Date:** November 17, 2009

**Correspondence:** Yes

**Registration #:**    PA0001652234

**Service Request #:**    1-281194431

Arent Fox LLP
Sarah Marks
1675 Broadway
New York City, NY 10019

**EXHIBIT D**

























## EXHIBIT E

**Mars's DOVE® Senses Commercial**     **Hershey's Infringing Commercial**

 

 

 


